JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN JIA, *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>WEEE! INC., *et al.*,<br><br>                Defendants. | Case No. 2:25-cv-01354-FLA (Ex)<br><br>**ORDER DISMISSING ACTION [DKT. 21]** |

1

1   On August 15, 2025, Plaintiffs Helen Jia, Tingting Ding, Haoquan Liang, and Xiaofang Mei ("Plaintiffs") filed a Notice of Dismissal, dismissing the action pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 21.  Plaintiffs dismiss their individuals claims with prejudice and their class claims without prejudice.  *Id.* at 2.  Having considered the Notice of Dismissal and finding good cause therefor, the court hereby ORDERS:

1. All dates and deadlines governing this action are VACATED.
2. The court DISMISSES the action with prejudice as to Plaintiffs' individual claims, and without prejudice as to the class claims.

IT IS SO ORDERED.

Dated: August 19, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge